UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

Electronically Filed

**TAMPA SUPERSTOP, LLC**

    3401 E. Lake Ave.
    Tampa, FL 33610

    **Plaintiff**

v.                                                                           **Case No.**  3:13CV-366-JHM

**NATIONAL PROCESSING COMPANY**

    CT Corporation, Registered Agent
    306 West Main Street
    Frankfort, KY  40601

    **Defendant.**

## COMPLAINT

    1.    This is an action for breach of contract, conversion, and unjust enrichment by a merchant plaintiff Tampa Superstop, LLC ("Tampa Superstop"), against a credit card processing company, defendant National Processing Company ("NPC").

### I.  The Parties

    2.    Plaintiff Tampa Superstop is a Florida limited liability company with a principal place of business at 3401 East Lake Avenue, Tampa, FL 33610.  Tampa Superstop is a citizen of the State of Florida.

3. Defendant NPC is a Nebraska corporation with a principal place of business at 5100 Interchange Way, Louisville, KY 40229. NPC is a citizen of the State of Nebraska and the Commonwealth of Kentucky.

## II. Jurisdiction and Venue

4. This Court has jurisdiction pursuant to 28 U.S.C. § 1332.

5. This Court has venue pursuant to 28 U.S.C. § 1391 because the events at issue took place in part in this District and because the defendant is a resident of this district.

## III. Facts

6. In or about August 2011, Tampa Superstop entered a Merchant Agreement for NPC to process credit card payments from Tampa Superstop customers. A copy of the Merchant Agreement is attached as Ex. 1.

7. Under the Merchant Agreement, the credit card payments of Tampa Superstop customers would be processed by NPC, then paid to Tampa Superstop after deducting NPC's fee.

8. Tampa Superstop has at all times complied with its obligations under the Merchant Agreement.

9. On February 10, 2012, without notice or explanation, NPC terminated the Merchant Agreement.

10. NPC has retained and refused to return over $118,000 in customer charges which it should have paid to Tampa Superstop.

11. Despite repeated requests, NPC has refused to return the funds owed to Tampa Superstop.

## IV. Claims for Relief

### Count I
### Breach of Contract

12. Tampa Superstop realleges the facts set forth above in paragraphs 1-11 as if fully described herein.

13. Tampa Superstop entered a contract with NPC for NPC to process credit card payments and forward the proceeds to Tampa Superstop.

14. NPC has breached that contract.

15. NPC's breach has caused injury to Tampa Superstop, in an amount to be proven at trial.

### Count II
### Conversion

16. Tampa Superstop realleges the facts set forth above in paragraphs 1-15 as if fully described herein.

17. Tampa Superstop had legal title and the right to possess the proceeds from the credit card transactions by NPC.

18. NPC has exercised dominion of the proceeds in a manner which has denied Tampa Superstop's right to use and enjoy the proceeds and which furthered NPC's own use and beneficial enjoyment.

19. NPC has intentionally interfered with Tampa Superstop's use and enjoyment of the proceeds.

20. Tampa Superstop has made demand for the return of the proceeds, which NPC has refused.

21. NPC's actions have caused injury to Tampa Superstop, in an amount to be proven at trial.

22. NPC's actions are wanton, willful and grossly negligent, entitling Tampa Superstop to punitive damages.

## Count III
## Unjust Enrichment

23. Tampa Superstop realleges the facts set forth above in paragraphs 1-22 as if fully described herein.

24. NPC has been unjustly enriched by retaining Tampa Superstop's funds.

25. NPC's wrongful actions have caused injury to Tampa Superstop, in an amount to be proven at trial.

## V. Prayer For Relief

WHEREFORE, Tampa Superstop respectfully demands judgment against NPC as follows:

A. Judgment on Counts 1, 2, and 3, and damages sufficient to compensate for its injuries;

B. Punitive damages;

C. A trial by jury on all issues so triable; and

D. All other relief to which it may appear entitled.

...

5

        Respectfully submitted,

        /s/ Kent Wicker
        Kent Wicker
        Jennifer A. Schultz
        REED WICKER PLLC
        Waterfront Plaza
        321 West Main Street, Suite 2100
        Louisville, Kentucky 40202
        (502) 572-2500